UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ELTORERO HURST, ET AL.

VERSUS

NATIONAL GENERAL INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 15-614-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 1, 2015 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Plaintiff's Motion for Remand is DENIED.

Baton Rouge, Louisiana, this 5th day of January, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA